|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| AUBREY LEE BROTHERS, II,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHITA BUENAFE, *et al.*,<br><br>　　　　　Defendants. | Case No.　1:17-cv-00607-LJO-JDP<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>ECF No. 43<br><br>ORDER DENYING PENDING SCHEDULING AND DISCOVERY MOTIONS<br><br>ECF Nos. 40, 42 |

Plaintiff moves for an extension of time to respond to defendants' motion for summary judgment. For good cause shown, plaintiff's motion is granted. ECF No. 43. Plaintiff shall have thirty days from the date of entry of this order to file his opposition to defendants' motion.

The parties have also filed multiple motions regarding discovery and scheduling but have failed to confer before filing. *See* Fed R. Civ. P. 37; Local R. 144. It appears that defendants did not have plaintiff's phone number, *see* ECF No. 40, but that plaintiff has since provided it, *see* ECF Nos. 41, 42, 43. Therefore, the parties are directed to discuss whether they can come to an agreement regarding discovery and scheduling. Both parties' pending motions regarding discovery and scheduling are denied without prejudice. ECF Nos. 40, 42.

IT IS SO ORDERED.

Dated:  January 14, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 204.