IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUBREY LEE BROTHERS, II,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CHITA BUENAFE, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:17-cv-00607-NONE-JDP<br><br>ORDER GRANTING DEFENDANTS' MOTIONS TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>ECF Nos. 54, 56 |

　　　　For good cause shown, defendants Buenafe and Ramirez's motions to modify the scheduling order, ECF Nos. 54, 56, are granted, as follows:

1. The discovery closure date, previously set for April 5, 2020, is extended to July 20, 2020.
2. The deadline to file motions for summary judgment, previously set for June 15, 2020, is extended to August 31, 2020.
3. All other terms of the Court's August 5, 2019 Discovery and Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated:   May 22, 2020

                                      UNITED STATES MAGISTRATE JUDGE

No. 204.