IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUBREY LEE BROTHERS, II,<br><br>Plaintiff,<br><br>v.<br><br>CHITA BUENAFE, et al.,<br><br>Defendants. | Case No. 1:17-cv-00607-NONE-JDP<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER<br><br>ECF No. 58 |

Having reviewed defendants' motion to modify the scheduling order, and good cause appearing, the motion is granted, as follows:

1. The discovery closure date, previously set as July 20, 2020, is extended to August 31, 2020.

2. The deadline to file motions for summary judgment, previously set as August 31, 2020, is extended to October 12, 2020.

3. All other terms of the Court's August 5, 2019 Discovery and Scheduling Order remain in full force and effect.

1
2  IT IS SO ORDERED.
3
4  Dated:  September 2, 2020                              _____
                                                         UNITED STATES MAGISTRATE JUDGE
5
6  No. 204.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28