UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUBREY LEE BROTHERS, II, <br><br> Plaintiff, <br><br> v. <br><br> CHITA BUENAFE, et al, <br><br> Defendants. | Case No. 1:17-cv-00607-NONE-HBK <br><br> ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL <br><br> (Doc. No. 85) |

Plaintiff Aubrey Lee Brothers, II is appearing *pro se* on his third amended civil rights complaint filed pursuant to 42 U.S.C. § 1983. (Doc. No. 24). On April 22, 2021, plaintiff filed a pleading titled "notice re discovery," which the court liberally construes as a motion to compel defendants to answer plaintiff's written discovery requests. (Doc. No. 85).

Accordingly, defendants shall file a response to the construed motion to compel.

IT IS SO ORDERED.

Dated: April 23, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1