UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUBREY LEE BROTHERS, II,<br><br>Plaintiff,<br><br>v.<br><br>CHITA BUENAFE, N. RAMIREZ,<br><br>Defendants. | Case No. 1:17-cv-00607-NONE-HBK<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE<br><br>(Doc. No. 98) |

Plaintiff Aubrey Lee Brothers, II, a state prisoner, initiated this action on May 1, 2017 by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 against Defendants Chita Buenafe and N. Ramirez. (Doc. No. 1). Brothers is proceeding on his third amended complaint. (Doc. No. 24). On May 26, 2021, the Court issued findings and recommendations recommending that Defendants' motion for merits-based summary judgment as to both Defendants be granted and the case be closed. (Doc. No. 92). These findings and recommendations have not yet been reviewed by the district judge assigned to this case. On September 29, 2021, Brothers filed a motion seeking the Court to set a settlement conference. (Doc. No. 98).

It is the Court's practice to refer civil rights cases filed by *pro se* individuals to Alternative Dispute Resolution (ADR) to attempt to resolve such cases more expeditiously and less expensively. *See* Local Rule 270. However, because there are findings and recommendations to grant Defendants' motion for summary judgment pending before the district judge, the Court

finds that it is premature at this time to set a settlement conference.  Should this case proceed past summary judgment, the Court will refer this case for a settlement conference at that time if appropriate.  Therefore, Plaintiff's motion for settlement conference is denied without prejudice.

        Accordingly, it is ORDERED:

Plaintiff's motion for settlement conference (Doc. No. 98) is denied without prejudice.

Dated:   September 30, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE